# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                                        : CRIMINAL NO: 2:15-CR-228

    **v.**

**JOHN RAPHAEL,**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

                                                        Respectfully submitted,

                                                        BENJAMIN C. GLASSMAN
                                                        United States Attorney

                                                        s/ Bethany J. Hamilton
                                                        BETHANY J. HAMILTON (0075139)
                                                        Assistant United States Attorney
                                                        Southern District of Ohio
                                                        303 Marconi Boulevard, Suite 200
                                                        Columbus, Ohio 43215-2401
                                                        (614) 469-5715

## **CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, John Raphael, 261 E. North Broadway, Columbus, Ohio 43214, by first class mail, postage prepaid, this 17th day of November, 2016.

s/ Bethany J. Hamilton
Bethany J. Hamilton (0075139)
Assistant United States Attorney