UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:15-cr-228

John P. Raphael,

Judge Michael H. Watson

Defendant.

### ORDER

The Court terminated Defendant's supervision on October 29, 2018.

Defendant has moved for a return of his passport, which he surrendered to the Clerk's office as part of his conditions of pretrial release. Defendant's motion is **GRANTED**. The Clerk shall release Defendant's passport to Defendant.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**